IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MILLENNIUM VALIDATION SERVICES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALFRED THOMPSON, )<br>)<br>Defendant/Third-Party Plaintiff, )<br>)<br>v. )<br>)<br>GARY NIENABER and JOSEPH MUSIKE, )<br>)<br>Third-Party Defendants, ) | C.A. No. 02-CV 1430 GMS |

**FINAL JUDGMENT**

**THIS MATTER** having been brought before the Court on the Petition of the defendant, Alfred Thompson, to enforce an arbitration award, and the Court having reviewed the award of the arbitrator dated March 7, 2005, having heard the arguments of counsel, and for good cause shown;

IT IS on this 3rd day of November, 2005, **ORDERED**:

1. **FINAL JUDGMENT** is hereby entered in favor of the Defendant Alfred Thompson against the Plaintiff Millennium Validation Services, Inc., on the Complaint;

2. **FINAL JUDGMENT** is hereby entered in favor of the Defendant Alfred Thompson against the Plaintiff Millennium Validation Services, Inc., on the Counterclaim for compensatory damages in the amount of two hundred seventy two thousand ninety dollars ($272,090.00);

DOCS_DE 107171v1

3. **FINAL JUDGMENT** is hereby entered in favor of Gary Nienaber and Joseph Musike against Defendant Alfred Thompson on the Third Party Complaint;

4. Upon payment by Millennium Validation Services, Inc., of the amount of $256,648, plus any post judgment interest, Thompson shall cause all shares of Millennium Validation Services, Inc., to be redeemed in accordance with Delaware law.

5. Post Judgment interest pursuant to 28 U.S.C. § 1961 shall accrue on the amounts due pursuant to this Judgment from the date of the Judgment until the damages are paid.

6. Defendant Alfred Thompson's claim for attorney's fees and costs are to be determined in a subsequent proceeding to be agreed upon by the parties.

The Hon. Gregory M. Sleet, U.S.D.J.

FILED

NOV - 3 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

DOCS_DE 107171v1